**Michele R. MOFFA, Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY, Defendant–Appellee.**

No. 06–3648.

United States Court of Appeals, Sixth Circuit.

Feb. 6, 2007.

Before: SUHRHEINRICH, GIBBONS and COOK, Circuit Judges.

PER CURIAM.

Appellant appeals the district court's order granting summary judgment to the Commissioner of Social Security ("Commissioner") and affirming the Commissioner's decision to deny disability benefits to the Appellant. After reviewing the record, the parties' briefs, the applicable law, and having had the benefit of oral argument, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.